# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| Nexii Building Solutions, Inc., *et al.*,[1] | Case No. 24-10026 (JKS) |
| Debtors in a Foreign Proceeding. | |

## CERTIFICATE OF SERVICE

I, Colin R. Robinson, hereby certify that on the 23rd day of January 2024, I caused a copy of the following documents to be served upon the attached service list in the manner indicated:

**NOTICE OF FILING OF CONFORMED VERIFIED PETITION, AMENDED AND RESTATED INITIAL CCAA ORDER, KERP APPROVAL ORDER, AND SALE PROCESS AND ORIGIN ENGAGEMENT ORDER [DKT. NO. 34].**

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these chapter 15 cases (the "Chapter 15 Cases"), along with the last four digits of each Debtor's unique identifier, are Nexii Building Solutions Inc. (0911), Nexii Construction Inc. (1333), NBS IP Inc. (9930), and Nexii Holdings Inc. (5873). The Debtors' service address for purposes of these Chapter 15 Cases is 1455 West Georgia Street, #200, Vancouver, British Columbia V6G 2T3.

DE:4892-9418-6143.1 60009.00001

Dated:  January 23, 2024 **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Colin R. Robinson*
Steven W. Golden (DE Bar No. 6807)
Colin R. Robinson (DE Bar No. 5524)
Brooke E. Wilson (*pro hac vice* pending)
919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705
Tel:  302-652-4100
Fax: 302-652-4400
sgolden@pszjlaw.com
crobinson@pszjlaw.com
bwilson@pszjlaw.com

-and-

**BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP**

Nathan Q. Rugg (*pro hac vice* pending)
Alexander F. Berk (*pro hac vice* pending)
John Andreasen (*pro hac vice* pending)
200 West Madison Street, Suite 3900
Chicago, IL 60606
Tel.: (312) 984-3100
Fax: (312) 984-3150
nathan.rugg@bfkn.com
alexander.berk@bfkn.com
john.andreasen@bfkn.com

*Attorneys for Foreign Representative*